**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL FERNANDO T.L.,<br>Petitioner,<br>v.<br>TONYA ANDREWS, et al.,<br>Respondents. | Case No. 1:26-cv-05862 JLT EGC<br>A Number: 213-209-155<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br>(Doc. 15) |

Miguel Fernando T. L. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (*See generally* Doc. 1.) The assigned magistrate judge reviewed the petition and found it is duplicative of the petition filed in *Miguel Fernando T.L. v. Warden, Golden State Annex Detention Facility*, Case No. 1:26-cv-03786-JLT-EGC. (Doc. 15 at 1.) The magistrate judge found "the legality of Petitioner's detention has previously been determined" and to the extent that Petitioner raised new claims raised under the APA and Fourth Amendment, these were not cognizable. (*Id.* at 3; *see also id.* at 3, n.3.) Therefore, the magistrate judge recommended the Court dismiss the petition. (*Id.*)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 10 days. (Doc. 15 at 4.) The Court also advised Petitioner that the "failure to file objections within the specified time may result in the waiver of rights on

appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Petitioner did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued September 21, 2026 (Doc. 15) are **ADOPTED** in full.
2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.
3. The Clerk of Court is directed to terminate pending matters and close this case.

IT IS SO ORDERED.

Dated: October 13, 2026

UNITED STATES DISTRICT JUDGE